| **United States Bankruptcy Court**<br>**Northern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Golden Goal LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3602925** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**495 Goodman Road**<br>**Fort Ann, NY**<br>ZIP Code **12827** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**        THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Golden Goal LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br> Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Golden Goal LLC**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

**X  /s/ Francis J. Brennan**
_____

Signature of Attorney for Debtor(s)

**Francis J. Brennan 509509**

Printed Name of Attorney for Debtor(s)

**Nolan & Heller, LLP**

Firm Name

**39 North Pearl Street, 3rd Floor**
**Albany, NY 12207**

Address

**518-449-3300  Fax: 518-432-3123**

Telephone Number

**November 15, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Gregory Kiernan**
_____

Signature of Authorized Individual

**Gregory Kiernan**

Printed Name of Authorized Individual

**Managing Member**

Title of Authorized Individual

**November 15, 2010**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of New York

In re   **Golden Goal LLC**                                  ,      Case No. _____

                                          Debtor         Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 79,773.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 3,582,855.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 884,070.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 79,773.00 | | |
| Total Liabilities | | | | 4,466,925.32 | |

# United States Bankruptcy Court
## Northern District of New York

In re     **Golden Goal LLC** _____ ,    Case No. _____

                                                           Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re __**Golden Goal LLC**_____,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

__0___ continuation sheets attached to the Schedule of Real Property

In re    **Golden Goal LLC**                              ,    Case No. _____

                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Business Checking** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                              Sub-Total >        **0.00**

                                                 (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re    **Golden Goal LLC**                                ,     Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim asserted in Chapter 7 bankruptcy case of Permalife Products, LLC, et al. (Case No. 09-11482, District of New Jersey)** | - | 79,773.00 |

Sub-Total >      79,773.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re    **Golden Goal LLC**                                 ,       Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Total >      **79,773.00**

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Golden Goal LLC**                                   ,      Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| **Advantage Capital New York Partners I** **5 Warren Street** **Glens Falls, NY 12801** | | | **Mortgage, UCC-1, Security Agreement** **All Assets** | | | | | |
| | | | Value $                **0.00** | | | | 1,975,947.80 | 1,975,947.80 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| **Advantage Capital New York Partners II** **5 Warren Street** **Glens Falls, NY 12801** | | | **Mortgage, UCC-1, Security Agreement** **All Assets** | | | | | |
| | | | Value $                **0.00** | | | | 1,247,458.81 | 1,247,458.81 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| **Charles Ramat** **211 East 70th Street, #17A** **New York, NY 10021** | | | **Mortgage, UCC-1, Security Agreement** **All Assets** | | | | | |
| | | | Value $                **0.00** | | | | 4,497.19 | 4,497.19 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| **D&J Sports LLC** **Attn: David Cook** **5810 Millwick Drive** **Alpharetta, GA 30005** | | | **Mortgage, UCC-1, Security Agreement** **All Assets** | | | | | |
| | | | Value $                **0.00** | | | | 16,999.30 | 16,999.30 |

  **3**    continuation sheets attached

Subtotal                      **3,244,903.10**       **3,244,903.10**
(Total of this page)

In re   **Golden Goal LLC**                ,        Case No. _____

                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| David Moore c/o Moore Holdings 280 Park Avenue, 22nd Floor East New York, NY 10017 | | | Mortgage, UCC-1, Security Agreement  All Assets | | | | | |
| | | | Value $      0.00 | | | | 5,621.40 | 5,621.40 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Greg Kiernan 191 King Street Chappaqua, NY 10514 | | | Mortgage, UCC-1, Security Interest  All Assets | | | | | |
| | | | Value $      0.00 | | | | 8,945.50 | 8,945.50 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Gustavo A. Larramendi 78 Carolyn Place Chappaqua, NY 10514 | | | Mortgage, UCC-1, Security Agreement  All Assets | | | | | |
| | | | Value $      0.00 | | | | 17,890.90 | 17,890.90 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Jeff Fernandez 40 Wilber Terrace Bloomfield, NJ 07003 | | | Mortgage, UCC-1, Security  Agreement  All Assets | | | | | |
| | | | Value $      0.00 | | | | 4,167.80 | 4,167.80 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Lawrence Halperin c/o Woodfield Country Club 5882 Windsor Terrace Boca Raton, FL 33496 | | | Mortgage, UCC-1, Security Agreement  All Assets | | | | | |
| | | | Value $      0.00 | | | | 3,372.80 | 3,372.80 |

Sheet  **1**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     39,998.40     39,998.40

In re   **Golden Goal LLC**                         ,     Case No. _____

                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Peter Hochfelder c/o Brahman Capital Corporation 655 Third Avenue, 11th Floor New York, NY 10017 | | - | | | Mortgage, UCC-1, Security Agreement All Assets | | | | | |
| | | | | | Value $        **0.00** | | | | **4,497.20** | **4,497.20** |
| Account No. | | | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Rand Capital SBIC LP Attn: Daniel Penberthy 2200 Rand Building Buffalo, NY 14203 | | - | | | Mortgage, UCC-1, Security Agreement All Assets | | | | | |
| | | | | | Value $        **0.00** | | | | **53,672.70** | **53,672.70** |
| Account No. | | | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Robert S. Andrialis 870 United Nations Plaza, Apt. 20B New York, NY 10017 | | - | | | Mortgage, UCC-1, Security Agreement All Assets | | | | | |
| | | | | | Value $        **0.00** | | | | **39,065.80** | **39,065.80** |
| Account No. | | | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Sonostar Capital Partners LLC Attn: Greg Kiernan 191 King Street Chappaqua, NY 10514 | | - | | | Mortgage, UCC-1, Security Agreement All Assets | | | | | |
| | | | | | Value $        **0.00** | | | | **74,966.00** | **74,966.00** |
| Account No. | | | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| The Bolivar Trust c/o Ryan Rudolph, Esq., Lenz & Staehelin Bleicherweg 58 CH-8027 Zurich Switzerland | | - | | | Mortgage, UCC-1, Security Agreement All Assets | | | | | |
| | | | | | Value $        **0.00** | | | | **111,817.79** | **111,817.79** |

Sheet  **2**  of  **3**  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)         **284,019.49**        **284,019.49**

In re **Golden Goal LLC** _____ , Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| Timothy J. Sickinger, Jr. 17 Birch Road Darien, CT 06820 | | - | Mortgage, UCC-1, Security Agreement  All Assets | | | | | |
| | | | Value $ 0.00 | | | | 9,766.50 | 9,766.50 |
| Account No. | | | 1/9/07, 1/26/09, 3/30/09 | | | | | |
| U. Bertram Ellis, Jr. 625 N. Grand Avenue Santa Ana, CA 92701 | | - | Mortgage, UCC-1, Security Agreement  All Assets | | | | | |
| | | | Value $ 0.00 | | | | 4,167.80 | 4,167.80 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 13,934.30 | 13,934.30 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 3,582,855.29 | 3,582,855.29 |

.

In re   **Golden Goal LLC**                                         ,    Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

In re   **Golden Goal LLC**                          ,      Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.            **Adirondack Extreme Adventure Course** 35 Westwood Forest Lane P.O. Box 1231 Bolton Landing, NY 12814 | - | Vendor | | | | | | 770.00 |
| Account No.            **Adirondack Highway Materials** 1120 Dix Avenue Hudson Falls, NY 12839 | - | Vendor | | | | | | 163.77 |
| Account No.            **Adirondack Regional Chamber of Commerce** 136 Glen Street, Suite 3 Glens Falls, NY 12801 | - | Vendor | | | | | | 316.00 |
| Account No.            **Alonzo Fireworks** 12 County Road 75 Mechanicville, NY 12118 | - | Vendor | | | | | | 3,465.00 |

\_\_**9**\_\_ continuation sheets attached

                                               Subtotal        | 4,714.77

(Total of this page)

In re **Golden Goal LLC** ,                     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vendor | | | | |
| Amery & Ross Bressler P.O. Box 1980 Morristown, NJ 07962 | | - | | | | | | 25,620.42 |
| Account No. | | | | Vendor | | | | |
| B-Skinz 91 Melrose Road Mountain Lakes, NJ 07046 | | - | | | | | | 1,549.17 |
| Account No. | | | | Vendor | | | | |
| Bedrock Sand & Gravel 54 North Street Hudson Falls, NY 12839 | | - | | | | | | 38.44 |
| Account No. | | | | Vendor | | | | |
| Bruce Oberfest & Associates 287 King Street Chappaqua, NY 10514 | | - | | | | | | 43,000.00 |
| Account No. | | | | Accounting Fees | | | | |
| Buckley Gent MacDonald & Cary, PC 1218 Central Avenue Albany, NY 12205 | | - | | | | | | 13,675.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **83,883.03**

In re **Golden Goal LLC** ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| CFO for Hire, LLC 3 Ecomm Square Albany, NY 12207 | | - | | | | | 7,050.00 |
| Account No. | | | Payroll | | | | |
| Charette Radionoff 82 Duchess Court Freehold, NJ 07728 | | - | | | | | 1,250.00 |
| Account No. | | | Vendor | | | | |
| City of Glens Falls (Lab Testing) 42 Ridge Street Glens Falls, NY 12801 | | - | | | | | 240.00 |
| Account No. | | | Vendor | | | | |
| Converged Tech Solutions LLC P.O. Box 102 Stillwater, NY 12170 | | - | | | | | 1,053.95 |
| Account No. | | | Utility | | | | |
| Cornerstone Telephone Co. P.O. Box 509 Troy, NY 12181 | | - | | | | | 555.20 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **10,149.15**

In re **Golden Goal LLC** , Case No. _____
_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Crystal Rock, LLC** **1050 Buckingham Street** **Watertown, CT 06795-1631** | | - | | | | | 645.41 |
| Account No. | | | Guaranteed Payment | | | | |
| **Darby Diedrich** **10 Aspen Lane** **Howell, NJ 07731** | | - | | | | | 3,637.90 |
| Account No. | | | Vendor | | | | |
| **Direct TV** **P.O. Box 60036** **Los Angeles, CA 90060** | | - | | | | | 399.47 |
| Account No. | | | Pending Lawsuit | | | | |
| **Donald Palombo** **c/o Joseph D. Monaco, III, Esq.** **150 East 58th Street** **New York, NY 10155** | | - | | | | | 26,900.00 |
| Account No. | | | Vendor | | | | |
| **Eco Lab** **P.O. Box 905327** **Charlotte, NC 28290** | | - | | | | | 128.15 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,710.93

In re **Golden Goal LLC**                                    , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Vendor | | | | |
| Evergreen Landscape & Turf 2095 Coach Road Argyle, NY 12809 | | - | | | | | | | 15,541.00 |
| Account No. | | | | | Vendor | | | | |
| Exact Target Dept. CH 17808 Palatine, IL 60055 | | - | | | | | | | 4,650.66 |
| Account No. | | | | | Vendor | | | | |
| Federal Express P.O. Box 371461 Pittsburgh, PA 15250 | | - | | | | | | | 65.18 |
| Account No. | | | | | Vendor | | | | |
| Gillette Creamery 47 Steve's Lane Gardiner, NY 12525 | | - | | | | | | | 338.06 |
| Account No. | | | | | Wages | | | | |
| GJP Inc. Attn: Gary Pritchard 40 Monroe S Ramsey, NJ 07446 | | - | | | | | | | 4,070.93 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,665.83

In re    **Golden Goal LLC**                                    ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Great Escape** **1172 State Route 9** **Queensbury, NY 12804** | | - | | | | | 6,346.81 |
| Account No. | | | Vendor | | | | |
| **Hughes Net** **P.O. Box 96874** **Chicago, IL 60693** | | - | | | | | 666.64 |
| Account No. | | | Vendor | | | | |
| **Ian Ray Photography** **45 Broad Street** **Kinderhook, NY 12106** | | - | | | | | 2,013.00 |
| Account No. | | | Vendor | | | | |
| **LaPan's Precision Air Conditioning** **4 Highland Avenue** **Queensbury, NY 12804** | | - | | | | | 670.47 |
| Account No. | | | Vendor | | | | |
| **Leland Paper Company** **10 Leland Drive** **P.O. Box 2148** **Glens Falls, NY 12801** | | - | | | | | 640.15 |

Sheet no. __5___ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,337.07**

In re **Golden Goal LLC**                                   ,     Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Mohawk Valley Skydiving** P.O. Box 2014 Scotia, NY 12302 | - | | | | | | 4,600.00 |
| Account No. | | | Utility | | | | |
| **National Grid** 300 Erie Boulevard West Syracuse, NY 13252 | - | | | | | | 11,449.60 |
| Account No. | | | Payroll | | | | |
| **Peter Corbett** 410 Redding Road Fairfield, CT 06824 | - | | | | | | 11,833.34 |
| Account No. | | | Vendor | | | | |
| **Philadelphia Insurance** P.O. Box 70251 Philadelphia, PA 19176 | - | | | | | | 7,806.51 |
| Account No. | | | Wages | | | | |
| **PJ Mostiff** 12 Northrup Drive Queensbury, NY 12804 | - | | | | | | 3,750.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          39,439.45

In re __Golden Goal LLC_____,     Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Primosport P.O. Box 600 Grantsville, MD 21536 | | - | | | | | 10,528.70 |
| Account No. | | | Vendor | | | | |
| Proskauer Rose, LLP 1585 Broadway New York, NY 10036 | | - | | | | | 4,982.50 |
| Account No. | | | Vendor | | | | |
| Salesforce.com Inc. The Landmark @ One Market, Suite 300 San Francisco, CA 94105 | | - | | | | | 3,768.86 |
| Account No. | | | Payroll | | | | |
| Serge Radionoff 82 Duchess Court Freehold, NJ 07728 | | - | | | | | 6,250.00 |
| Account No. | | | Breach of Contract Claim | | | | |
| Shirley Goodman 391 Goodman Road Fort Ann, NY 12827 | | - | | | | | 600,000.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

625,530.06

In re **Golden Goal LLC**                                      ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vendor | | | | |
| **Six Flags Great Escape** **P.O. Box 511** **Lake George, NY 12845** | - | | | | | | | 6,346.81 |
| Account No. | | | | Legal Fees | | | | |
| **Sonya del Peral, Esq.** **Young Sommer, LLC** **Executive Woods, 5 Palisades Drive** **Albany, NY 12205** | - | | | | | | | 16,232.55 |
| Account No. | | | | Vendor | | | | |
| **Springer Waste Mangement** **1392 Route 9** **Fort Edward, NY 12828-2461** | - | | | | | | | 2,367.90 |
| Account No. | | | | Vendor | | | | |
| **Terminex** **5 Walker Way** **Albany, NY 12205** | - | | | | | | | 145.50 |
| Account No. | | | | Vendor | | | | |
| **United States Football Club LLC** **444 West Ocean Boulevard, Suite 1070** **Long Beach, CA 90802** | - | | | | | | | 2,000.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **27,092.76**

In re   **Golden Goal LLC** _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Upstate Transit of Saratoga** **207 Geyser Road** **Saratoga Springs, NY 12866** | | - | | | | | 1,350.00 |
| Account No. **xxx-xxx-6311** | | | Vendor | | | | |
| **Verizon** **P.O. Box 15026** **Albany, NY 12212** | | - | | | | | 100.02 |
| Account No. | | | Payroll | | | | |
| **Vincent Rua** **10 Russo Drive** **Menands, NY 12204** | | - | | | | | 12,500.00 |
| Account No. | | | Vendor | | | | |
| **Weber Media Partners** **5 Clifford Road** **Southborough, MA 01772** | | - | | | | | 8,287.00 |
| Account No. | | | Vendor | | | | |
| **West Signs** **1100 Dix Avenue** **Hudson Falls, NY 12839** | | - | | | | | 4,309.96 |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 26,546.98 |
| Total (Report on Summary of Schedules) | 884,070.03 |

In re    **Golden Goal LLC**                          ,    Case No. _____

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Golden Goal LLC**                                           ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of New York

In re    **Golden Goal LLC**          Case No. _____

                     Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ **23** ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 15, 2010** _____       Signature    **/s/ Gregory Kiernan** _____

                                              **Gregory Kiernan**
                                              **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re   **Golden Goal LLC**          Case No. _____

                                   Debtor(s)       Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$31,000.00** | **2010 total gross receipts to date (rental income)** |
| **$706,497.00** | **2009 total gross receipts** |
| **$918,710.00** | **2008 total gross receipts** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT            SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Advantage Capital New York Partners I**<br>**5 Warren Street**<br>**Glens Falls, NY 12801** | **11/4/10** | **$1,201,948.48** | **$1,975,947.80** |
| **Advantage Capital New York Partners II**<br>**5 Warren Street**<br>**Glens Falls, NY 12801** | **11/4/10** | **$760,595.18** | **$1,247,458.81** |
| **Charette Radionoff**<br>**82 Duchess Court**<br>**Freehold, NJ 07728** | **11/12/10** | **$750.00** | **$1,250.00** |
| **Charles Ramat**<br>**211 East 70th Street, #17A**<br>**New York, NY 10021** | **11/4/10** | **$2,738.07** | **$4,497.19** |
| **Compass Group USA, Inc.**<br>**c/o Smith, Moore, Leatherwood LLP**<br>**Attn: Fred M. Wood, Jr.**<br>**525 North Tryon Street, Suite 1400**<br>**Charlotte, NC 28204** | **11/4/10** | **$19,600.00** | **$0.00** |
| **D&J Sports LLC**<br>**Attn: David Cook**<br>**5810 Millwick Drive**<br>**Alpharetta, GA 30005** | **11/4/10** | **$10,349.89** | **$16,999.30** |
| **David Moore**<br>**c/o Moore Holdings**<br>**280 Park Avenue, 22nd Floor East**<br>**New York, NY 10017** | **11/4/10** | **$3,422.59** | **$5,621.40** |
| **Dean M. Gent, CPA**<br>**c/o Buckley Gent MacDonald & Cary**<br>**1218 Central Avenue**<br>**Albany, NY 12205-5329** | **9/3/10, 11/12/10** | **$10,500.00** | **$13,675.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **GJP Inc.**<br>**Attn: Gary Pritchard**<br>**40 Monroe S**<br>**Ramsey, NJ 07446** | **11/12/10** | **$2,442.56** | **$4,070.93** |
| **Gustavo A. Larramendi**<br>**78 Carolyn Place**<br>**Chappaqua, NY 10514** | **11/4/10** | **$10,892.71** | **$17,890.90** |
| **Jeff Fernandez**<br>**40 Wilber Terrace**<br>**Bloomfield, NJ 07003** | **11/4/10** | **$2,537.54** | **$4,167.80** |
| **Lawrence Halperin**<br>**c/o Woodfield Country Club**<br>**5882 Windsor Terrace**<br>**Boca Raton, FL 33496** | **11/4/10** | **$2,053.55** | **$3,372.80** |
| **New York State Dept. of Tax & Finance**<br>**Attn: Bankruptcy Insolvency Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | **8/18/10, 9/21/10** | **$150.89** | **$0.00** |
| **PJ Mostiff**<br>**12 Northrup Drive**<br>**Queensbury, NY 12804** | **11/12/10** | **$2,250.00** | **$3,750.00** |
| **Peter Hochfelder**<br>**c/o Brahman Capital Corporation**<br>**655 Third Avenue, 11th Floor**<br>**New York, NY 10017** | **11/4/10** | **$2,738.07** | **$4,497.20** |
| **Rand Capital SBIC LP**<br>**Attn: Daniel Penberthy**<br>**2200 Rand Building**<br>**Buffalo, NY 14203** | **11/4/10** | **$32,678.15** | **$53,672.70** |
| **Serge Radionoff**<br>**82 Duchess Court**<br>**Freehold, NJ 07728** | **11/12/10** | **$3,750.00** | **$6,250.00** |
| **Sonostar Capital Partners LLC**<br>**Attn: Greg Kiernan**<br>**191 King Street**<br>**Chappaqua, NY 10514** | **11/4/10** | **$45,642.75** | **$74,469.75** |
| **Sonostar Ventures**<br>**Attn: Greg Kiernan**<br>**191 King Street**<br>**Chappaqua, NY 10514** | **11/4/10** | **$120,250.00** | **$0.00** |
| **Sonya del Peral, Esq.**<br>**Young Sommer, LLC**<br>**Executive Woods, 5 Palisades Drive**<br>**Albany, NY 12205** | **8/18/10, 10/5/10, 11/4/10** | **$20,523.39** | **$16,232.55** |
| **Timothy J. Sickinger, Jr.**<br>**17 Birch Road**<br>**Darien, CT 06820** | **11/4/10** | **$5,946.27** | **$9,766.50** |
| **U. Bertram Ellis, Jr.**<br>**625 N. Grand Avenue**<br>**Santa Ana, CA 92701** | **11/4/10** | **$2,537.54** | **$4,167.80** |
| **Vincent Rua**<br>**10 Russo Drive**<br>**Menands, NY 12204** | **11/12/10** | **$7,500.00** | **$12,500.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Washington County Clerk**<br>**383 Broadway, Bldg. A**<br>**Fort Edward, NY 12828** | **11/4/10** | **$36,300.00** | **$0.00** |
| **Washington County Treasurer**<br>**383 Broadway, Building B**<br>**Fort Edward, NY 12828** | **8/18/10, 11/4/10** | **$49,157.04** | **$0.00** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Greg Kiernan**<br>**191 King Street**<br>**Chappaqua, NY 10514**<br>   **Managing Member** | **11/4/10** | **$5,446.40** | **$8,886.23** |
| **The Bolivar Trust**<br>**c/o Ryan Rudolph, Esq., Lenz & Staehelin**<br>**Bleicherweg 58**<br>**CH-8027 Zurich Switzerland**<br>   **Member** | **11/4/10** | **$68,079.34** | **$111,817.79** |
| **Robert S. Andrialis**<br>**870 United Nations Plaza, Apt. 20B**<br>**New York, NY 10017**<br>   **Member** | **11/4/10** | **$23,784.88** | **$39,065.80** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Donald Palombo v. David Dinallo d/b/a Adirondack Golden Goal, Golden Goal, LLC and Golden Goal Properties, LLC**<br>**Index No. 10764-2007** | **Money Judgment** | **Washington County Supreme Court State of New York** | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Nolan & Heller, LLP** <br> **39 N. Pearl Street, 3rd Floor** <br> **Albany, NY 12207** | **Various Payments made by Sonostar Ventures, LLC** | **$10,000, including fee for bankruptcy and filing fee** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Brown & Green Fort Ann, LLC**<br>**495 Goodman Road**<br>**Fort Ann, NY 12827**<br>   **None** | **11/4/10** | **Real Property, Improvements, Inventory and Equipment**<br>**$2,500,000.00** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Dean M. Gent, CPA**<br>**c/o Buckley Gent MacDonald & Cary**<br>**1218 Central Avenue**<br>**Albany, NY 12205-5329** | **2008-2010** |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Bruce Oberfest & Associates** | **287 King Street**<br>**Chappaqua, NY 10514** | **Various** |
| **CFO for Hire, LLC** | **3 Ecomm Square**<br>**Albany, NY 12207** | **Various** |

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **3/10/10** | **Capstone Appraisal Group** | **n/a** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **3/10/10** | **Advantage Cap. New York Partners I & II**<br>**5 Warren Street**<br>**Glens Falls, NY 12801** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **SEE ATTACHED SHAREHOLDER LIST** | | |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **November 15, 2010**          Signature  **/s/ Gregory Kiernan**
                                                **Gregory Kiernan**
                                                **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# SHAREHOLDERS

| Equity | Date | Share Count | % of Round | Deemed Cost | Actual Cost | Preference |
|---|---|---|---|---|---|---|
| **Class C - Participating Pref** | 12/20/07 | | | | | |
| The Bolivar Trust | | 399,605 | 34.6% | $1,327,945.00 | $1,250,000.00 | $1,327,945.00 |
| Rand Capital | | 191,811 | 16.6% | 637,414.00 | 600,000.00 | 637,414.00 |
| ACP | | 168,025 | 14.6% | 558,372.00 | 0.00 | 558,372.00 |
| Bob Andrialis | | 139,610 | 12.1% | 463,944.00 | 0.00 | 463,944.00 |
| Gustavo Larramendi | | 63,937 | 5.5% | 212,471.00 | 200,000.00 | 212,471.00 |
| D&J Sports | | 60,184 | 5.2% | 204,042.44 | 0.00 | 204,042.44 |
| Tim Sickinger | | 34,903 | 3.0% | 115,986.00 | 0.00 | 115,986.00 |
| Bertram Ellis | | 31,969 | 2.8% | 106,236.00 | 100,000.00 | 106,236.00 |
| Greg Kiernan | | 31,969 | 2.8% | 106,236.00 | 100,000.00 | 106,236.00 |
| Jeff Fernandez | | 31,969 | 2.8% | 106,236.00 | 100,000.00 | 106,236.00 |
| | | 1,153,982 | 100.0% | $3,838,882.44 | $2,350,000.00 | $3,838,882.44 |

| | Date | Share Count | % of Round | Deemed Cost | Actual Cost | Preference |
|---|---|---|---|---|---|---|
| **Class A - Units** | 01/09/07 | | | | | |
| Sonostar | | 782,392 | 57.8% | | $2,600,000.00 | $2,600,000.00 |
| ACP | | 451,380 | 33.3% | | 1,500,000.00 | $1,500,000.00 |
| David Moore | | 37,615 | 2.8% | | 125,000.00 | $125,000.00 |
| Charles Ramat | | 30,092 | 2.2% | | 100,000.00 | $100,000.00 |
| Peter Hochfelder | | 30,092 | 2.2% | | 100,000.00 | $100,000.00 |
| Lawrence Halperin | | 22,569 | 1.7% | | 75,000.00 | $75,000.00 |
| | | 1,354,140 | 100.0% | | $4,500,000.00 | $4,500,000.00 |

| | Date | Share Count | % of Round | Deemed Cost | Actual Cost | |
|---|---|---|---|---|---|---|
| **Common Shares (Class B)** | 2006 | | | | | |
| David Dinallo | | 153,741 | 37.0% | | $92,000.00 | |
| KCHG Sports Grp | | 38,379 | 9.2% | | 532,500.00 | |
| ACP | | 34,615 | 8.3% | | 0.00 | |
| SGA Sports | | 31,728 | 7.6% | | 400,000.00 | |
| Tim Sickinger | | 31,728 | 7.6% | | 400,000.00 | |
| Sidney Schechter | | 30,288 | 7.3% | | 0.00 | |
| Serge Radinoff | | 21,634 | 5.2% | | 50,000.00 | |
| Dale Weingarten | | 21,634 | 5.2% | | 40,000.00 | |
| Darby Diedrich | | 21,634 | 5.2% | | 50,000.00 | |
| D&J Sports | | 18,029 | 4.3% | | 250,000.00 | |
| Gary Pritchard | | 7,211 | 1.7% | | 100,000.00 | |
| Kenneth Foldvary | | 4,761 | 1.1% | | 50,000.00 | |
| Peter Corbett | | 100 | 0.0% | | 332.00 | |
| | | 415,482 | 100.0% | | $1,964,832.00 | |

| If Converted Common | | | | |
|---|---|---|---|---|
| Sonostar | | 782,392 | | 26.8% |
| ACP | | 654,020 | | 22.4% |
| The Bolivar Trust | | 399,605 | | 13.7% |
| Rand Capital | | 191,811 | | 6.6% |
| David Dinallo | | 153,741 | | 5.3% |
| Bob Andrialis | | 139,610 | | 4.8% |
| D&J Sports | | 78,213 | | 2.7% |
| Tim Sickinger | | 66,631 | | 2.3% |
| Gustavo Larramendi | | 63,937 | | 2.2% |
| KCHG Sports Grp | | 38,379 | | 1.3% |
| David Moore | | 37,615 | | 1.3% |
| Bertram Ellis | | 31,969 | | 1.1% |
| Greg Kiernan | | 31,969 | | 1.1% |
| Jeff Fernandez | | 31,969 | | 1.1% |
| SGA Sports | | 31,728 | | 1.1% |
| Sidney Schechter | | 30,288 | | 1.0% |
| Charles Ramat | | 30,092 | | 1.0% |
| Peter Hochfelder | | 30,092 | | 1.0% |
| Lawrence Halperin | | 22,569 | | 0.8% |
| Serge Radinoff | | 21,634 | | 0.7% |
| Dale Weingarten | | 21,634 | | 0.7% |
| Darby Diedrich | | 21,634 | | 0.7% |
| Gary Pritchard | | 7,211 | | 0.2% |
| Kenneth Foldvary | | 4,761 | | 0.2% |
| Peter Corbett | | 100 | | 0.0% |
| | | 2,923,604 | | 100.0% |

# United States Bankruptcy Court
## Northern District of New York

In re   **Golden Goal LLC**            Case No. _____

Debtor(s)       Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 15, 2010**          **/s/ Francis J. Brennan**
                                             **Francis J. Brennan**
                                             **Nolan & Heller, LLP**
                                             **39 North Pearl Street, 3rd Floor**
                                             **Albany, NY 12207**
                                             **518-449-3300  Fax: 518-432-3123**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re  **Golden Goal LLC** ,

                                    Debtor                    Case No.

                                                             Chapter  **7**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**20-3602925**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Francis J. Brennan** , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:  **November 15, 2010**

                                        **/s/ Francis J. Brennan**
                                        **Francis J. Brennan**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com                    Best Case Bankruptcy

Adirondack Extreme Adventure Course
35 Westwood Forest Lane
P.O. Box 1231
Bolton Landing, NY 12814


Adirondack Highway Materials
1120 Dix Avenue
Hudson Falls, NY 12839


Adirondack Regional Chamber of Commerce
136 Glen Street, Suite 3
Glens Falls, NY 12801


Advantage Capital New York Partners I
5 Warren Street
Glens Falls, NY 12801


Advantage Capital New York Partners II
5 Warren Street
Glens Falls, NY 12801


Alonzo Fireworks
12 County Road 75
Mechanicville, NY 12118


Amery & Ross Bressler
P.O. Box 1980
Morristown, NJ 07962


B-Skinz
91 Melrose Road
Mountain Lakes, NJ 07046


Bedrock Sand & Gravel
54 North Street
Hudson Falls, NY 12839


Bruce Oberfest & Associates
287 King Street
Chappaqua, NY 10514


Buckley Gent MacDonald & Cary, PC
1218 Central Avenue
Albany, NY 12205

CFO for Hire, LLC
3 Ecomm Square
Albany, NY 12207


Charette Radionoff
82 Duchess Court
Freehold, NJ 07728


Charles Ramat
211 East 70th Street, #17A
New York, NY 10021


City of Glens Falls (Lab Testing)
42 Ridge Street
Glens Falls, NY 12801


Converged Tech Solutions LLC
P.O. Box 102
Stillwater, NY 12170


Cornerstone Telephone Co.
P.O. Box 509
Troy, NY 12181


Crystal Rock, LLC
1050 Buckingham Street
Watertown, CT 06795-1631


Crystal Rock, LLC
P.O. Box 10028
Waterbury, CT 06725


D&J Sports LLC
Attn: David Cook
5810 Millwick Drive
Alpharetta, GA 30005


Darby Diedrich
10 Aspen Lane
Howell, NJ 07731


David Moore
c/o Moore Holdings
280 Park Avenue, 22nd Floor East
New York, NY 10017

Direct TV
P.O. Box 60036
Los Angeles, CA 90060


Donald Palombo
c/o Joseph D. Monaco, III, Esq.
150 East 58th Street
New York, NY 10155


Eco Lab
P.O. Box 905327
Charlotte, NC 28290


Evergreen Landscape & Turf
2095 Coach Road
Argyle, NY 12809


Exact Target
Dept. CH 17808
Palatine, IL 60055


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250


Gillette Creamery
47 Steve's Lane
Gardiner, NY 12525


GJP Inc.
Attn: Gary Pritchard
40 Monroe S
Ramsey, NJ 07446


Great Escape
1172 State Route 9
Queensbury, NY 12804


Greg Kiernan
191 King Street
Chappaqua, NY 10514


Gustavo A. Larramendi
78 Carolyn Place
Chappaqua, NY 10514

Hughes Net
P.O. Box 96874
Chicago, IL 60693


Ian Ray Photography
45 Broad Street
Kinderhook, NY 12106


Jeff Fernandez
40 Wilber Terrace
Bloomfield, NJ 07003


LaPan's Precision Air Conditioning
4 Highland Avenue
Queensbury, NY 12804


Lawrence Halperin
c/o Woodfield Country Club
5882 Windsor Terrace
Boca Raton, FL 33496


Leland Paper Company
10 Leland Drive
P.O. Box 2148
Glens Falls, NY 12801


Mohawk Valley Skydiving
P.O. Box 2014
Scotia, NY 12302


National Grid
300 Erie Boulevard West
Syracuse, NY 13252


Peter Corbett
410 Redding Road
Fairfield, CT 06824


Peter Hochfelder
c/o Brahman Capital Corporation
655 Third Avenue, 11th Floor
New York, NY 10017

Philadelphia Insurance
P.O. Box 70251
Philadelphia, PA 19176


PJ Mostiff
12 Northrup Drive
Queensbury, NY 12804


Primosport
P.O. Box 600
Grantsville, MD 21536


Proskauer Rose, LLP
1585 Broadway
New York, NY 10036


Rand Capital SBIC LP
Attn: Daniel Penberthy
2200 Rand Building
Buffalo, NY 14203


Robert S. Andrialis
870 United Nations Plaza, Apt. 20B
New York, NY 10017


Salesforce.com Inc.
The Landmark @ One Market, Suite 300
San Francisco, CA 94105


Serge Radionoff
82 Duchess Court
Freehold, NJ 07728


Shirley Goodman
391 Goodman Road
Fort Ann, NY 12827


Six Flags Great Escape
P.O. Box 511
Lake George, NY 12845


Sonostar Capital Partners LLC
Attn: Greg Kiernan
191 King Street
Chappaqua, NY 10514

Sonya del Peral, Esq.
Young Sommer, LLC
Executive Woods, 5 Palisades Drive
Albany, NY 12205


Springer Waste Mangement
1392 Route 9
Fort Edward, NY 12828-2461


Terminex
5 Walker Way
Albany, NY 12205


The Bolivar Trust
c/o Ryan Rudolph, Esq., Lenz & Staehelin
Bleicherweg 58
CH-8027 Zurich Switzerland


Timothy J. Sickinger, Jr.
17 Birch Road
Darien, CT 06820


U. Bertram Ellis, Jr.
625 N. Grand Avenue
Santa Ana, CA 92701


United States Football Club LLC
444 West Ocean Boulevard, Suite 1070
Long Beach, CA 90802


Upstate Transit of Saratoga
207 Geyser Road
Saratoga Springs, NY 12866


Verizon
P.O. Box 15026
Albany, NY 12212


Vincent Rua
10 Russo Drive
Menands, NY 12204


Weber Media Partners
5 Clifford Road
Southborough, MA 01772

West Signs
1100 Dix Avenue
Hudson Falls, NY 12839

# United States Bankruptcy Court
## Northern District of New York

In re    **Golden Goal, LLC**                Case No. _____

                           Debtor(s)             Chapter      **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Golden Goal, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ACP: Class C - Participating Pref. (14.6%)**

**ACP: Class A - Units (33.3%)**

**Rand Capital: Class C - Participating Pref. (16.6%)**

**Sonostar: Class A - Units (57.8%)**

**The Bolivar Trust: Class C - Participating Pref. (34.6%)**

☐ None [*Check if applicable*]

_____
Date

_____
**Francis J. Brennan**
Signature of Attorney or Litigant
Counsel for   **Golden Goal, LLC**
**Nolan & Heller, LLP**
**39 North Pearl Street, 3rd Floor**
**Albany, NY 12207**
**518-449-3300 Fax:518-432-3123**